In the Matter of Hyman Pouker, Appellant, v. Louis A. Cuvillier, Respondent.— Order affirmed. No opinion. (Clarke, J., dissented.)

In the Matter of William Crowley, Appellant, v. Charles Jacobs, Respondent.— Order affirmed. No opinion.

In the Matter of James J. McAvoy, Appellant, v. Michael J. McGrath, Respondent.— Order affirmed. No opinion.

Sarah Allen, as Administratrix, etc., of Joseph Allen, Deceased, Respondent, v. Myron H. Oppenheim, Appellant.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissented.)

Phœnix Construction Company, Respondent, v. Cornell Steamboat Company, Appellant. (2 cases.) — Judgments affirmed, with costs. No opinion.